No. 88–416.   BENSON v. BEARB ET AL., *ante*, p. 926.   Motion of petitioner to defer consideration of petition for rehearing denied.   Petition for rehearing denied.

JANUARY 17, 1989

No. 87–1818.   BADHAM ET AL. v. EU, SECRETARY OF STATE OF CALIFORNIA, ET AL.   Affirmed on appeal from D. C. N. D. Cal. THE CHIEF JUSTICE, JUSTICE STEVENS, and JUSTICE KENNEDY would note probable jurisdiction and set case for oral argument.

No. 88–806.   MERLINO ENTERPRISES, INC. v. THOMPSON, ADMINISTRATOR OF THE ESTATE OF SOUSA.   Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.   THE CHIEF JUSTICE would note probable jurisdiction and set case for oral argument.

No. 88–809.   DAVIS ET UX. v. DeCHIARO LIMITED PARTNERSHIP ET AL.   Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.

No. 88–836.   ASAM v. SHAPIRO ET AL.   Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–838.   NIEVES v. MARINA GARDENS No. 1, INC.   Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.